UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

SHAWN K. GARDNER                               )
                                               )
                                               )
                                               ) CIVIL ACTION
        v.                                     )
                                               ) Case No: 2:21-CV-73
KILOLO KIJAKAZI, Acting Commissioner           )
Social Security                                )

## ORDER FOR PAYMENT OF EAJA FEES

The parties agree, and I hereby find, that Plaintiff is entitled to an award of EAJA fees in the amount of eight thousand, eight hundred dollars and 23 cents ($8,800.23), that the EAJA application was filed by and for the Plaintiff, and properly seeks an award of attorney's fees for the Plaintiff and not for counsel.  I further find that under the circumstances of this case, the EAJA fee has been assigned to counsel by written assignment dated March 1, 2021, and that an award of attorney's fees and expenses in the amount of $8,800.23 be made payable to Arthur P. Anderson, Esq., as assignee of Plaintiff, so long as Plaintiff owes no debt to the government that would be subject to offset.   If Plaintiff owes a debt to the government which is less than $8,800.23, the remaining amount shall be made payable to Arthur P. Anderson, Esq.

SO ORDERED

Dated in the District of Vermont, this 23rd day of September, 2022.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Judge

1

--